ACCEPTED
14-14-00947CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/11/2015 4:10:33 PM
CHRISTOPHER PRIN
CLERK

14-14-00947-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TX
February 11, 2015
CHRISTOPHER A. PRINE,
CLERK

IN THE FOURTEENTH COURT OF APPEALS,

HARRIS COUNTY TEXAS

---

MARIANN BACHARACH, Appellant

V.

JOHN DOE, Appellee

Appeal from County Court at Law Number Two, Harris County, Texas

---

APPELLEE'S RESPONSE TO APPELLANT'S MOTION TO CONTESTING

ABILITY TO PAY COSTS

---

Eric Dick

Texas Bar No. 24064316

4325 Tulsa

Houston, Texas  77092

Tel. (832)207-2007

Fax (713)893-6931

1

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

COMES NOW, Appellee, John Doe, and advises this Court that the Appellate, Mariann Bacharach, again is being less than candid with the court and again has left out income information from her affidavits and from her current court filings. Appellant is **gaming** the trial Court and the Appellate Court as a result of her previous professional litigant experience. Please note the attached Motion that she has filed in the 13th Court of Appeals that was filed on today's date, February 11, 2015. Attached see Appellant's motion as Exhibit 1. She is now claiming to earn approximately $1,100.00 while working at a law office. Please note that she has been working in this office since January 13, 2015 and has failed to advise the Court of any of those resources. She has known this all along and has mislead the trial Court and the Appellate Court by failing to disclose employment and income resources. She has conveniently now changed her position that she can afford appellate costs.

Respectfully submitted,
By: /s/Eric Dick
Eric Dick
Texas Bar No. 24064316
4325 Tulsa
Houston, Texas 77092
Tel. (832)207-2007
Fax (713)893-6931
eric@dicklawfirm.com

## CERTIFICATE OF SERVICE

I certify that on February 11, 2015, a true and correct copy of Appellee's Response to Appellant's Motion Contesting Ability to Pay Costs was served to each person listed below by the method indicated.

/s/Eric Dick
Eric Dick

Mariann Bacharach
PO Box 8217
Houston, TX 77288

CMR No.: 7014 0510 0000 2483 9451

**13-14-000693-CV**

**IN THE FOURTEENTH COURT OF APPEALS**
**HARRIS COUNTY, TEXAS**

---

**MARIANN BACHARACH,**

*Appellant,*

**V.**

**EUFEMIA GARCIA,**

*Appellee.*

---

<u>**APPELLANT'S MOTION FOR EXTENSION**</u>

<u>**OF TIME TO PAY COURT COSTS AND FURTHER REVIEW**</u>

Mariann Bacharach

P.O. Box 8217

Houston Texas 77288

Pro se

832-352-5926

bacharachmariann@gmail.com

## TO THE HONORABLE THIRTEENTH COURT OF APPEALS:

Appellant Mariann Bacharach files this Motion for Extension of Time to pay court costs and respectfully shows Appellant is appealing from a appealable order signed by the 389th District Court of Hidalgo County Texas on October 22, 2014 in the case styled Eufemia Garcia v. Mariann Bacharach, cause no. C-5535-14-H. The deadline to pay fees for the Appeal was February 9th 2015.

This extension of time is necessary because Appellant Mariann Bacharach has been unemployed and without self-employment income since Spring of 2014 and has only recently been able to secure some type of temporary part time employment. The Appellant Mariann Bacharach had filed a Affidavit of Indigency, a supporting Affidavit of Indigency, an Affidavit explaining self-employment income and supporting documents with the trial court and a contest had been sustained. Appellant Mariann Bacharach is resident of Harris County Texas did not have the funds to travel to a distant local, Hidalgo County Texas, for a hearing regarding indigency on short notice. Her affidavits, supporting documents and previous statements regarding inability to even hire a lawyer were not considered by the court. Appellant Mariann Bacharach had informed the court repeatedly in her pleadings and in a previous hearing that she cannot afford an attorney and cannot afford to travel while defending herself in two similar causes of action, let alone pay for all costs related to this lawsuit and appeal while being dogpiled.

The Appellant Mariann Bacharach's financial situation has changed since the filing of her first affidavit with the court in December of 2014 and she requests the

Honorable Thirteenth Court of Appeals review her current income to determine ability to pay costs. Mariann Bacharach has been employed by the law office of Trent Gaither temporarily part time since 01/13/2015 and can currently pay partial costs associated with this appeal and two other appeals currently pending with fees due in the Fourteenth Court of Appeals.

The Appellant Mariann Bacharach expects to be paid for this work on 2/13/2015 and anticipates having in between $900.00 to $1,100 for this work. The Appellant Mariann Bacharach does not currently have any supporting documents regarding this income since she has yet to be paid but will submit to the court by 02/16/2015 proof of this income and other supporting documents. Appellant Mariann Bacharach apologizes for making this request without supporting documents however these documents are not yet available. The Appellant Mariann Bacharach relies on the following rule for this extension and review to be granted pursuant to TEX. R. APP. P. Rule 20.1 (I) (20) (k) Partial Payment of Costs.

*If the party can pay or give security for some of the costs, the court must order the party, in writing, to pay or give security, or both, to the extent of the party's ability. The court will allocate the payment among the officials to whom payment is due.*

This extension of time to pay costs and for further review of ability to pay costs is not sought for the purposes of delay, but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the pro se Appellant Mariann Bacharach signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For these reasons, Appellant  Mariann Bacharach respectfully requests that the Court grant this motion and extend the deadline to pay court costs until February 23, 2015 or until partial costs can be determined by the court. Appellant respectfully further requests the Honorable Thirteenth Court of Appeals allow the Appellant Mariann Bacharach to pay partial costs of this Appeal to be determined by the court and all other relief to which Appellant may be justly entitled.

Respectfully submitted,

*mariann bacharach*

_____/s/ mariann bacharach/____

P.O. Box 8217

Houston Texas 77288

832-352-5926

bacharachmariann@gmail.com

***Appellant***

The above signed is unable to notify opposing counsel other than via certified mail or eFile as opposing counsel refuses to communicate via email, fax or telephone with Mariann Bacharach. Counsel for the Appellee will more than likely oppose this motion

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee regarding this motion via eFile. Appellee may be opposed to this motion.

/s/ mariann bacharach/

## CERTIFICATE OF SERVICE

I certify that on 12/28/2014 I mailed a copy of this motion to the following counsel by First Class U.S. Mail or eFile notification.

Chris Carmona
P. O. Box 90014
Houston Texas 77290
chris@carmonalawoffice.com
*Counsel for Appellee*

/s/ mariann bacharach/